UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

| | |
|---|---|
| JESUS GONZALEZ, <br><br>*Plaintiff(s),*<br><br>v.<br><br>STEWARD HEALTH CARE SYSTEM, LLC, d/b/a Coral Gables Hospital, and MPT OF CORAL GABLES-STEWARD, LLC<br><br>*Defendant(s).* | CASE NO. 1:24-cv-24049-KMM |

**NOTICE OF APPEARANCE AS COUNSEL AND**
**NOTICE OF DESIGNATION OF E-MAIL ADDRESSES**

The law firm of Baker, Donelson, Bearman, Caldwell & Berkowitz, P.C. hereby gives notice of the appearance of Eve A. Cann as counsel on behalf of Defendant, MPT of Coral Gables-Steward, LLC, and requests that copies of all pleadings, notices, orders, and other papers in this cause be henceforth provided to the undersigned. The undersigned counsel designates the following e-mail addresses for service of documents in this matter:

Primary: ecann@bakerdonelson.com
Secondary: lbettencourt@bakerdonelson.com
nleone@bakerdonelson.com
FLLservice@bakerdonelson.com

Submitted November 8, 2024.

        **BAKER, DONELSON, BEARMAN,**
        **CALDWELL & BERKOWITZ, PC**
        200 East Broward Boulevard, Suite 2000
        Fort Lauderdale, Florida 33301
        Telephone: (954) 768-1600

        *Counsel for Defendant, MPT of Coral Gables-Steward, LLC*

        By: */s/ Eve A. Cann*
            Eve A. Cann
            Florida Bar No.: 40808
            ecann@bakerdonelson.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 8, 2024, a true and correct copy of the foregoing *Notice of Appearance and Notice of Designation of E-Mail Addresses* was filed electronically and was sent by e-mail from the CM/ECF system on all counsel or parties of record listed below:

J. Courtney Cunningham, Esq.
J. COURTNEY CUNNINGHAM, PLLC
8950 SW 74th Court, Suite 2201
Miami, Florida 33156
Phone: 305-351-2014
cc@cunninghamplIc.com

 *Counsel for Plaintiff*

        */s/ Eve A. Cann*
        Eve A. Cann