**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**MIAMI DIVISION**

| | | |
|---|---|---|
| JESUS GONZALEZ, | ) | |
| *Plaintiff,* | ) ) ) | |
| v. | ) ) ) | CASE NO. 1:24-cv-24049-KMM |
| STEWARD HEALTH CARE SYSTEM, LLC, d/b/a Coral Gables Hospital, and MPT OF CORAL GABLES-STEWARD, LLC | ) ) ) ) | |
| *Defendants.* | ) | |

**DEFENDANT'S *UNOPPOSED* MOTION FOR EXTENSION OF TIME**

Defendant, MPT of Coral Gables-Steward, LLC ("MPT of Coral Gables"), respectfully requests this Court enter an order granting it an extension of time to respond to Plaintiff's Complaint. In support of this Unopposed Motion for Extension of Time, MPT of Coral Gables, notes that upon conferral, Plaintiff's counsel has no opposition to the relief requested herein, and further states as follows:

1. Plaintiff filed his Complaint on October 21, 2024. The Complaint was served on MPT of Coral Gables on October 22, 2024. MPT of Coral Gables's response to the Complaint is currently due on or by November 12, 2024.

2. The undersigned counsel was just retained and needs additional time to investigate the allegations contained in Plaintiff's Complaint, consult with MPT of Coral Gables regarding the availability of defenses to this lawsuit, obtain copies of documents and information, and prepare an appropriate response.

3. For these reasons, MPT of Coral Gables respectfully requests an extension of time of 28 days to respond to the Complaint, through and including Tuesday, December 10, 2024.

4. This Motion is being filed in good faith and not for the purpose of delay.

**WHEREFORE**, Defendant, MPT of Coral Gables-Steward, LLC, respectfully requests that this Court grant the instant Motion, enter an Order allowing MPT of Coral Gables an extension of time through and including Tuesday, December 10, 2024 to file and serve its response to the Complaint, and for any and all other relief this Court deems just and proper.

### LOCAL RULE 7.1(a)(3) Pre-filing Conference Certification

The undersigned counsel for the Defendant, MPT of Coral Gables has conferred with Plaintiff's counsel, J. Courtney Cunningham, Esq., in a good faith effort to resolve the issues raised in the Motion, and Plaintiff's counsel has no opposition to the extension of time requested herein.

Submitted November 8, 2024.

**BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, PC**
100 SE Third Avenue, Suite 1620
Fort Lauderdale, Florida 33394
Telephone: (954) 768-1600
*Counsel for Defendant, MPT of Coral Gables-Steward, LLC*

By:  /s/ Eve A. Cann
 Eve A. Cann
  Florida Bar No. 40808
  ecann@bakerdonelson.com
 Desislava Docheva
  Florida Bar No.: 1010440
  ddocheva@bakerdonelson.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on November 8, 2024, a true and correct copy of the foregoing *Unopposed Motion for Extension of Time* was filed electronically and was sent by e-mail from the CM/ECF system on all counsel or parties of record listed below:

J. Courtney Cunningham, Esq.
J. COURTNEY CUNNINGHAM, PLLC
8950 SW 74th Court, Suite 2201
Miami, Florida 33156
Phone: 305-351-2014
cc@cunninghampllc.com

*Counsel for Plaintiff*

*/s/ Eve A. Cann*
Eve A. Cann