UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 24-cv-24049-KMM

JESUS GONZALEZ

    Plaintiff,

v.

STEWARD HEALTH CARE SYSTEM, LLC,
d/b/a Coral Gables Hospital, and
MPT OF CORAL GABLES-STEWARD, LLC.

    Defendants.
_____/

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF DEFENDANT, MPT OF CORAL GABLES-STEWARD, LLC.

Plaintiff, JESUS GONZALEZ, by and through the undersigned counsel, and pursuant to Rule 41(a), Fed. R. Civ. P., hereby gives notice that he voluntarily dismisses this action without prejudice *solely* against Defendant, MPT OF CORAL GABLES-STEWARD, LLC.

Respectfully submitted this March 3, 2025.

    By: */s/ J. Courtney Cunningham*
    Juan Courtney Cunningham, Esq.
    FBN: 628166
    **J. COURTNEY CUNNINGHAM, PLLC**
    8950 SW 74th Court, Suite 2201
    Miami, Florida 33156
    T:  305-351-2014
    cc@cunninghampllc.com
    legal@cunninghampllc.com

    *Counsel for Plaintiff*

**Gonzalez v. Steward Health Care System**
**Case No. 24-cv-24049-KMM**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 3, 2025, an electronic copy of this document was filed with the Clerk of Court using the CM/ECF system which will send notice of electronic filing to all parties and Counsel of record.

By: */s/ J. Courtney Cunningham*
Juan Courtney Cunningham, Esq.
FBN: 628166
**J. COURTNEY CUNNINGHAM, PLLC**
8950 SW 74th Court, Suite 2201
Miami, Florida 33156
T:  305-351-2014
cc@cunninghampllc.com
legal@cunninghampllc.com

*Counsel for Plaintiff*